RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ANDREW WONG
Assistant Federal Public Defender
Nevada State Bar No. 14133
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Andrew_Wong@fd.org

Attorney for Alexius Lavell Davis

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>ALEXIUS LAVELL DAVIS,<br><br>          Defendant. | Case No. 2:19-CR-233-RFB-EJY<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Brian Y. Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Andrew Wong, Assistant Federal Public Defender, counsel for Alexius Lavell Davis, that the Sentencing Hearing currently scheduled on June 11, 2020 at 1:00 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to prepare for Mr. Davis's sentencing.
2. The defendant is in custody and agrees with the need for the continuance.
3. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 4th day of June, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Andrew Wong*<br>By_____<br>ANDREW WONG<br>Assistant Federal Public Defender | */s/ Brian Y. Whang*<br>By_____<br>BRIAN Y. WHANG<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALEXIUS LAVELL DAVIS,<br><br>　　　　Defendant. | Case No. 2:19-CR-233-RFB-EJY<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Thursday, June 11, 2020 at 11:00 a.m., be vacated and continued to July 16, 2020 at the hour of 12 : 00 p.m.; or to a time and date convenient to the court.

   DATED this 4th day of June, 2020.

　　　　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3