\_\_\_\_FILED          \_\_\_\_RECEIVED
\_\_\_\_ENTERED       \_\_\_\_SERVED ON
                     COUNSEL/PARTIES OF RECORD

JUL 16, 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXIUS LAVELLE DAVIS,<br><br>Defendant. | Case No. 2:19-cr-00233-RFB-EJY<br><br>WAIVER FOR RIGHT TO APPEAR IN PERSON AT CRIMINAL PROCEEDING |

I understand that I have a right to appear in person in court at the *Sentencing and Disposition Hearing* in this case scheduled for <u>*July 16 at 12:00 AM*</u>. I have been advised of the nature of this proceeding and my right to appear in person at this proceeding. I have been informed that I may appear by video teleconference, or telephone conference if video conference is not reasonably available, in light of the spread of the COVID-19 virus in the District of Nevada and in order to protect my health and safety, as well as those of the attorneys, the court and court staff. Understanding my right to appear in person at this proceeding, I knowingly and voluntarily waive my right to appear at this proceeding in person, and I consent to appear by video teleconference or by telephone conference where the video teleconference is not reasonably available. I consulted with my attorney prior to deciding to waive my right to appear in person at this proceeding.

//s// Andrew Wong for Alexisu Davis   July 15, 2020
_____
Defendant's Signature                (date)

//s// Andrew Wong                    July 15, 2020
_____
Signature of Defendant's Attorney    (date)

Andrew Wong , AFPD
_____
Printed Name of Defendant's Attorney

_____   July 16, 2020
Judge's Signature                    (date)

RICHARD F. BOULWARE, II  U.S. District Judge
Judge's Printed Name and Title