RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ADEN KEBEDE
Assistant Federal Public Defender
Nevada State Bar No. 15581
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kebede@fd.org

Attorney for Alexuis Lavell Davis

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALEXUIS LAVELL DAVIS,<br><br>　　　　　Defendant. | Case No. 2:19-cr-00233-RFB-EJY<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Brian Y. Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kebede, Assistant Federal Public Defender, counsel for Alexuis Lavell Davis, that the Revocation Hearing currently scheduled on May 15, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than two (2) weeks.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to gather mitigation for purposes of sentencing.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 12th day of May, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ *Aden Kebede*<br>ADEN KEBEDE<br>Assistant Federal Public Defender | By /s/ *Brian Y. Whang*<br>BRIAN Y. WHANG<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALEXIUS LAVELL DAVIS,<br><br>    Defendant. | Case No. 2:19-cr-00233-RFB-EJY<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, May 15, 2023 at 12:30 p.m., be vacated and continued to June 13, 2023 at 1:00 p.m.

    DATED this 14th Day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE